James E. Fitzgerald (5-1469)
Michael J. Fitzgerald (7-5351)
The Fitzgerald Law Firm
2108 Warren Avenue
Cheyenne, WY 82001
307-634-4000 (Telephone)
307-635-2391 (Facsimile)
jim@fitzgeraldlaw.com
michael@fitzgeraldlaw.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| ASHLEY HARRIS, as the Wrongful Death Representative in the Matter of the Wrongful Death of TYELER HARRIS, deceased, | ) ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 23-CV-243 |
| v. | ) ) | |
| VAMAR INC, SAVIOL SAINT JEAN, REY LOGISTICS, INC., OSVALDO HERRERA PUPO, AGUSTIN SANCHEZ PAVON, SAIA MOTOR FREIGHT LINE, LLC, and ANDREW GIBBS, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## AFFIDAVIT OF MICHAEL J. FITZGERALD REGARDING SERVICE OF PROCESS ON DEFENDANT OSVALDO HERRERA PUPO

I, Michael J. Fitzgerald, after first being duly sworn upon my oath, depose and say the following:

1.    I am an attorney of record for the Plaintiff in the above-entitled matter.

2.    As set forth in the *Complaint*, this matter arises in part from a multi-vehicle crash

on December 21, 2022, where a semi-truck and trailer driven by Osvaldo Herrera Pupo and owned and/or controlled by Defendant Rey Logistics, ran into a jackknifed pickup truck and utility trailer, driven by Defendant Augustin Sanchez Pavon, on I-80 in Sweetwater County, Wyoming.

3.      Tyeler Harris, an Emergency Medical Technician employed by Memorial Hospital of Carbon County, responded to the Pupo/Pavon Crash.

4.      While Tyeler Harris was attending to those persons involved in the Pupo/Pavon crash, another semi-truck and trailer driven by Defendant Saviol Saint Jean and owned by and/or controlled by Defendant Vamar, Inc., entered the scene and struck Tyeler Harris.

5.      Tyeler Harris perished at the scene.

6.      The Wyoming Investigator's Traffic Crash Report states that Mr. Pupo's Driver's License was issued by Florida and lists his address as 431 E 53rd St. Hialeah, Florida 33013.

7.      Plaintiff's counsel conducted a background investigation into Mr. Pupo and discovered an updated address of 571 E. 15th St., Hialeah, FL 33010.

8.      The investigation revealed that Osvaldo Herrera Pupo is the president of a Florida Corporation called "Mr Elephant Trucking Corp." On April 3, 2023, Mr. Pupo signed the attached "2023 Florida Profit Corporation Annual Report," which further confirmed his last known address as 571 E. 15th St., Hialeah, FL 33010. Ex. 1.

9.      Plaintiffs filed the *Complaint* in this matter on November 9, 2023, naming Mr. Pupo as a Defendant.

10.     On November 13, 2023, the Clerk of Court, Third Judicial District, Sweetwater County, Wyoming issued a *Summons* for Mr. Pupo at 571 E. 15th St., Hialeah, FL 33010. Doc. No. 7-1, p. 102-105.

11.     On November 28, 2023, personal service of the *Summons* and *Complaint* on Mr.

Pupo was attempted at his last known address, 571 E. 15th St., Hialeah, FL 33010. Personal service was not successful. The process server contacted the current occupant, Alice Candelario. Ms. Candelario stated that Mr. Pupo did not reside at that address. Doc. No. 32.

12.    Plaintiff's process servers then performed a "skiptrace" to attempt to locate a current address for Mr. Pupo. Their investigation showed that Mr. Pupo's last known address was 571 E. 15th St., Hialeah, FL 33010.

13.    Sometime thereafter, Plaintiff's process server contacted Mr. Pupo via telephone who reportedly confirmed his address was 571 E. 15th St., Hialeah, FL 33010.

14.    Plaintiff's process servers again attempted service at 571 E. 15th St., Hialeah, FL 33010. Plaintiff's process servers made four attempts on December 12th, 13th, 18th and 22nd. Each time, there was no answer at the door and no answer on the telephone. Doc. No. 32.

15.    On December 27th, 2023, Defendant Vamar filed a petition to remove the present action to this Court. Doc. No. 1. The filing of the notice prevented the Third Judicial District Court from proceeding with the matter but process issued by the Third Judicial District Court was still valid. *See* 28 U.S.C. § 1446(d) ("Promptly after the filing of such notice of removal of a civil action the defendant . . . shall file a copy of the notice with the clerk of such State court, which shall effect the removal and the State court shall proceed no further unless and until the case is remanded."); 28 U.S.C. § 1448 ("In all cases removed from any State court to any district court of the United States in which any one or more of the defendants has not been served with process or in which the service has not been perfected prior to removal, or in which process served proves to be defective, such process or service may be completed or new process issued in the same manner as in cases originally filed in such district court.").

16.    Plaintiff then asked the Miami-Dade County Sherriff's Office to attempt service of

the *Summons* and *Complaint* on Mr. Pupo at 571 E. 15th St., Hialeah, FL 33010. The Miami-Dade County Sherriff's Office was unsuccessful. Doc. No. 33.

17.     On January 29 or 30, 2024, Plaintiff's process server attempted to serve Mr. Pupo at 431 E 53rd St. Hialeah, Florida 33013, the address for Mr. Pupo listed on the Wyoming Investigator's Traffic Crash Report. The property owner, Josefina Pichardo, informed Plaintiff's process server that Mr. Pupo moved from that address more than five years ago.

18.     In pertinent part, Wyoming's statute regarding service on nonresident motorists, Wyo. Stat. Ann. § 1-6-30, states the following:

> The use and operation of a motor vehicle on any street or highway within Wyoming by any person upon whom service of process cannot be made within Wyoming either personally or by service upon a duly appointed resident agent is deemed an appointment of the secretary of state of Wyoming as the operator's lawful attorney upon whom may be served all legal processes in any proceeding against him, or his personal representative if he be deceased, due to damage or injury to person or property resulting from the operation of a motor vehicle on the streets or highways within this state.

Wyo. Stat. Ann. § 1-6-301(a).

19.     Based on the Wyoming Investigator's Traffic Crash Report, the background investigations, and the information obtained from the Florida Secretary of State's website, Plaintiff's counsel determined personal service of process could not be made on Mr. Pupo within Wyoming.

20.     On January 30, 2024, the Clerk of the District Court issued an *Alias Summons* for Mr. Pupo, care of the Wyoming Secretary of State. Doc. No. 28.

21.     On February 2, 2024, copies of the *Complaint* and *Alias Summons* for Mr. Pupo were served on the office of the Wyoming Secretary of State, along with the requisite fee, pursuant to Wyo. Stat. Ann. § 1-6-301. Doc. No. 30.

22.     On February 2nd, 2024, pursuant to Wyo. Stat. Ann. § 1-6-301(a), copies of the

executed *Alias Summons* and *Complaint* were sent by certified mail to Mr. Pupo's last known address, 571 E. 15th St., Hialeah, FL 33010.


Dated: February 6, 2024


Michael J. Fitzgerald


STATE OF WYOMING      )
                      ) ss.
COUNTY OF LARAMIE     )


The foregoing affidavit was acknowledged before me this 6th day of February, 2024, by Michael J. Fitzgerald.

Witness my hand and official seal.

Notary Public

My Commission Expires: Jul. 7, 2027

JENNIFER L. PORTER
NOTARY PUBLIC
STATE OF WYOMING
COMMISSION ID: 145361
MY COMMISSION EXPIRES: JUL 7,2027

5

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading was served upon all counsel of record via CM/ECF on February 6, 2024:

Scott E. Ortiz
Keith J. Dodson
Williams, Porter, Day & Neville, P.C.
159 No. Wolcott, Suite 400
P.O. Box 10700
Casper, WY 82602
sortiz@wpdn.net
kdodson@wpdn.net

*Attorneys for Defendant Vamar, Inc., and Saviol Saint Jean*

Kevin K. Kessner
Yonkee & Toner, LLP
319 West Dow Street
P.O. Box 6288
Sheridan, WY 82801
kkessner@yonkeetoner.com

*Attorney for Defendant Rey Logistics, Inc.*

Khale J. Lenhart
Tyson R. Woodford
Hirst Applegate, LLP
P.O. Box 1083
Cheyenne, WY 82003-1083
klenhart@hirstapplegate.com
twoodford@hirstapplegate.com

*Attorneys for Defendants Saia Motor Freight Line, LLC and Andrew Gibbs*

Rick L. Koehmstedt
Schwartz, Bon, Walker & Studer, LLC
141 S. Center St., Ste. 500
Casper, WY 82601
rick@schwartzbon.com

*Attorney for Defendant Augustin Sanchez Pavon*

Michael J. Fitzgerald