**KHALE J. LENHART, #7-4581**
**TYSON R. WOODFORD, #8-6650**
Hirst Applegate, LLP
P.O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
klenhart@hirstapplegate.com
twoodford@hirstapplegate.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ASHLEY HARRIS, as the Wrongful Death Representative in the Matter Of the Wrongful Death of TYELER HARRIS, deceased,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>VAMAR INC., SAVIOL SAINT JEAN, REY LOGISTICS, INC., OSVALDO HERRERA PUPO, AGUSTIN SANCHEZ PAVON, SAIA MOTOR FREIGHT LINE, LLC, and ANDREW GIBBS,<br><br>　　　　　　Defendants. | }<br>}<br>}<br>}<br>}<br>}<br>}<br>} CIVIL ACTION NO. 23-CV-00243-SWS<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>} |

## ***PARENT CORPORATION DISCLOSURE***

Defendant Saia Motor Freight Line, LLC hereby submits its Parent Corporation Disclosure.

Saia Motor Freight Line, LLC is a Louisiana corporation with its sole member being Saia, Inc. Saia, Inc. is a publicly traded company, organized in Delaware and with its primary place of business in Georgia. No publicly traded company owns more than 10% of Saia, Inc. stock.

Dated: 15 February 2024.

                                    SAIA MOTOR FREIGHT LINE, LLC and
                                    ANDREW GIBBS, Defendants

BY: _____
       **KHALE J. LENHART, #7-4581**
       **TYSON R. WOODFORD, #8-6650**
       OF HIRST APPLEGATE, LLP
       Attorneys for Above-Named Defendants
       P.O. Box 1083
       Cheyenne, WY 82003-1083
       Phone: (307) 632-0541
       Fax: (307) 632-4999
       klenhart@hirstapplegate.com
       twoodford@hirstapplegate.com

## CERTIFICATE OF SERVICE

I certify the foregoing ***Parent Corporation Disclosure*** was served upon all parties to this action pursuant to the Wyoming Rules of Civil Procedure on 15 February 2024, and that copies were served as follows:

| | |
|---|---|
| James E. Fitzgerald<br>Michael J. Fitzgerald<br>The Fitzgerald Law Firm<br>2108 Warren Avenue<br>Cheyenne, WY 82001<br>jim@fitzgeraldlaw.com<br>michael@fitzgeraldlaw.com<br>*Attorneys for Plaintiff* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Scott E. Ortiz<br>Keith J. Dodson<br>Williams, Porter, Day & Neville, P.C.<br>159 N. Wolcott, Suite 400<br>P. O. Box 10700<br>Casper, WY 82602<br>sortiz@wpdn.net<br>kdodson@wpdn.net<br>*Attorneys for Defendants*<br>*Vamar Inc. and*<br>*Saviol Saint Jean* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |

| | |
|---|---|
| Kevin K. Kessner<br>Yonkee & Toner, LLP<br>319 West Dow Street<br>P. O. Box 6288<br>Sheridan, WY  82801<br>kkessner@yonkeetoner.com<br>*Attorney for Defendant*<br>*Rey Logistics* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Rick L. Koehmstedt<br>Schwartz, Bon, Walker & Studer, LLC<br>141 S. Center Street, Suite 500<br>Casper, WY  82601<br>rick@schwartzbon.com<br>*Attorney for Defendant*<br>*Agustin Sanchez Pavon* | ☐ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☒ E-FILE |
| Osvaldo Herrera Pupo<br>431 E. 53rd Street<br>Hialeah, FL  33013<br>*Defendant* | ☒ U.S. MAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ EMAIL<br>☐ E-FILE |

*/s/*

OF HIRST APPLEGATE, LLP
Attorneys for Above-Named Defendants